**Harold B. MASON, Plaintiff–Appellant**

v.

**INVISION, LLC; S. Eric Westacott, Defendants–Appellees**

**Timothy McMahon; Ja'net Morgan, Defendants.**

No. 14–3047.

United States Court of Appeals, Eighth Circuit.

Submitted: March 23, 2015.

Filed: March 26, 2015.

---

1. Kurylchyk is the principal applicant and her husband is a derivative applicant for relief.

Before BYE, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Harold Mason appeals the district court's[1] adverse judgment following a bench trial in his employment-discrimination action. Upon careful review, we find no basis for reversal. *See* Fed. R.App. P. 10(b)(1) (discussing appellant's duty to order transcript); *Van Treese v. Blome*, 7 F.3d 729 (8th Cir.1993) (per curiam) (court's factual findings, refusal to call witnesses, and denial of motions at bench trial cannot be reviewed without transcript).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.